F:\dlb\Litigation\Flickinger, Brad 18455-013\Motion to Dismiss Federal action.doc - 3/1/06 4:32 PM

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A. BRADLEY FLICKINGER, and | : CASE NO.   1:04-CV-2252 |
| MARIANNE M. FLICKINGER, his wife | : |
| Plaintiffs, | : |
| | : |
| vs. | : ASSIGNED TO THE |
| | : HONORABLE: JUDGE CONNER |
| LEBANON SCHOOL DISTRICT, | : |
| MARIANNE T. BARTLEY, | : |
| PETER N. PYLES, JR., MICHAEL J. KUHN, | : |
| DEBRA L. BOWMAN, MYRA A. KITCHEN, | : |
| ROSE MARIE R. KOTAY, MARIA MELUSKEY | : THIS DOCUMENT HAS BEEN |
| DISSINGER, THOMAS L. SCHAFFER, | : ELECTRONICALLY FILED |
| ALFRED A BRANDT, JR. and, | : |
| JOHN P. SCHOTT, | : |
| Defendants | : |

# **<u>PLAINTIFFS' MOTION TO DISMISS ACTION WITHOUT PREJUDICE</u>**

AND NOW, come the Plaintiffs, A. Bradley Flickinger and Marianne M. Flickinger, by their attorney, Harry W. Reed, Esquire, of Buzgon Davis Law Offices, and move your Honorable Court to dismiss this action, without prejudice.

       BUZGON DAVIS LAW OFFICES

       BY:_____s/Harry W. Reed, Jr._____
            Harry W. Reed, Jr., Esquire
            Attorney I.D. #19205
            525 South Eighth Street
            Post Office Box 49
            Lebanon, PA   17042-0049
            (717) 274-1421
            Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A. BRADLEY FLICKINGER, and<br>MARIANNE M. FLICKINGER, his wife<br>　　　　　Plaintiffs, | : CASE NO.   1:04-CV-2252<br>:<br>:<br>: |
| vs. | : ASSIGNED TO THE<br>: HONORABLE: JUDGE CONNER |
| LEBANON SCHOOL DISTRICT,<br>MARIANNE T. BARTLEY,<br>PETER N. PYLES, JR., MICHAEL J. KUHN,<br>DEBRA L. BOWMAN, MYRA A. KITCHEN,<br>ROSE MARIE R. KOTAY, MARIA MELUSKEY<br>DISSINGER, THOMAS L. SCHAFFER,<br>ALFRED A BRANDT, JR. and,<br>JOHN P. SCHOTT,<br>　　　　　Defendants | :<br>:<br>:<br>:<br>: THIS DOCUMENT HAS BEEN<br>: ELECTRONICALLY FILED<br>:<br>:<br>: |

## **CERTIFICATE OF CONCURRENCE**

The undersigned hereby certifies, pursuant to Middle District Local Rule 7.1, that he sought concurrence from the Defendants' counsel, Sharon O'Donnell, Esquire, for the dismissal of Plaintiffs' action without prejudice, and that concurrence was given.

　　　　　　　　　　BUZGON DAVIS LAW OFFICES


　　　　　　　BY:　　　　s/Harry W. Reed, Jr.
　　　　　　　　　Harry W. Reed, Jr., Esquire
　　　　　　　　　Attorney I.D. #19205
　　　　　　　　　525 South Eighth Street
　　　　　　　　　Post Office Box 49
　　　　　　　　　Lebanon, PA   17042-0049
　　　　　　　　　(717) 274-1421
　　　　　　　　　Attorneys for Plaintiffs

Dated:  March 1, 2006