**FILED
HARRISBURG, PA
MAR 02 2006
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A. BRADLEY FLICKINGER, and MARIANNE M. FLICKINGER, his wife<br>Plaintiffs, | : CASE NO. 1:04-CV-2252<br>:<br>: |
| vs. | : ASSIGNED TO THE<br>: HONORABLE: JUDGE CONNER |
| LEBANON SCHOOL DISTRICT,<br>MARIANNE T. BARTLEY,<br>PETER N. PYLES, JR., MICHAEL J. KUHN,<br>DEBRA L. BOWMAN, MYRA A. KITCHEN,<br>ROSE MARIE R. KOTAY, MARIA MELUSKEY<br>DISSINGER, THOMAS L. SCHAFFER,<br>ALFRED A BRANDT, JR. and,<br>JOHN P. SCHOTT,<br>Defendants | :<br>:<br>:<br>:<br>: THIS DOCUMENT HAS BEEN<br>: ELECTRONICALLY FILED<br>:<br>:<br>: |

## ORDER

AND NOW, this 2ND day of March, 2006, upon consideration of the Plaintiffs' Motion To Dismiss Action Without Prejudice and the concurrence of Defendants' counsel, IT IS HEREBY ORDERED that the above-captioned action is dismissed, without prejudice.

BY THE COURT,

_____ J.
CHRISTOPHER C. CONNER